AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | | |
|---|---|---|
| United States of America<br>v.<br><br>Dirk Neal<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No.<br>1:19-mj-0560 |

**SEALED**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __April 29, 2019__ in the county of __Marion__ in the __Southern__ District of __Indiana__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1), (b)(1)(B) | Possession With the Intent to Distribute 50 grams or More of a Mixture or Substance Containing Methamphetamine |
| 18 U.S.C. § 922(g)(1) | Possession of a Firearm by a Convicted Felon |
| 18 U.S.C. § 924(c) | Possession of a Firearm During and in Relation to a Drug Trafficking Crime |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Christopher Wright, SA, ATF
Printed name and title

Sworn to before me and signed in my presence.

Date: 05/24/2019

_____
Judge's signature

City and state: Indianapolis, IN

Debra McVicker Lynch, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF APPLICATION

### INTRODUCTION

1. I, Christopher R. Wright, am a Special Agent ("SA") with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") and have been so employed since January of 2015. I have had extensive training at the Federal Law Enforcement Training Center in the Criminal Investigator Training Program and ATF Special Agent Basic Training. I am currently assigned to the ATF Indianapolis field office in Group Three (3). My primary responsibility is investigating violations of federal firearms laws. Prior to becoming an ATF SA, I was employed for two and half (2.5) years as a United States Border Patrol Agent in southern California. Prior to being employed by the United States Border Patrol, I served as a police officer with the Highland Police Department in Lake County, Indiana, and the Indiana University Police Department for approximately seven (7) years. I graduated from Indiana University and received a bachelor's degree in criminal justice with a minor in psychology. I served more than four (4) years in the United States Marine Corps as a machine gunner and a member of a Maritime Special Purpose Force.

2. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other law enforcement personnel. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

3. This Affidavit is submitted in support of a criminal complaint charging Dirk Christian NEAL (01/18/1980; XXX-XX-4897) with possession of a firearm by a convicted felon, in violation of Title 18, United States Code, Section 922(g)(1), possession with the intent to distribute 50 grams or more of a mixture or substance containing methamphetamine, in

1

violation of Title 21 United States Code Section 841(a)(1) and (b)(1)(B), and possession of a firearm during and in relation to a drug trafficking crime in violation of Title 18, United States Code Section 924(c).

    4. Except as otherwise noted, the information set forth in this Affidavit has been provided to me by members of the DEA, Task Force Officers (TFO), or other law enforcement agents or officers. Unless otherwise noted, whenever in this Affidavit I assert that a statement was made, the information was provided by another law enforcement officer (who may have had either direct or hearsay knowledge of the statement) to whom I have spoken or whose report I have read and reviewed. Likewise, information resulting from physical surveillance, except where otherwise indicated, does not necessarily set forth my observation, but rather has been provided directly or indirectly through DEA, TFOs, Bartholomew County Sheriff's Office Deputies, Columbus Police Department officers, Indiana State Police officers or other law enforcement officers who conducted the surveillance. Likewise, any information pertaining to personal data on subjects, and record checks has been obtained through the Indiana Data and Communications System or the National Crime Information Center computers.

    5. Because this Affidavit is being submitted for the limited purpose of securing a complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish the foundation for said application.

## FACTS & CIRCUMSTANCES REGARDING PROBABLE CAUSE

    6. On or about April 29, 2019, I, along with Columbus and Bartholomew County Narcotics Detectives, and DEA received information from Bartholomew County Sheriff's Deputies that they came into contact with a subject identified as Dirk NEAL.

7. On April 28, 2019, NEAL was observed by Deputies walking north on the railroad tracks in the vicinity of 600 Garden Street near Jonesville Road in Columbus, Indiana. Deputies advised NEAL that he was trespassing on railroad property, which was a misdemeanor offence. NEAL was subsequently arrested for trespassing.

8. Following the arrest of NEAL, Law Enforcement located multiple illegal items on NEAL's person. Items included:

- (1) FEG pistol, model FP9, caliber 9, serial # 37214
- (1) Clear plastic bag containing approximately 62 grams of methamphetamine.
- (1) Clear zip-lock bag containing a small amount of methamphetamine.
- (1) Digital scale.

9. Law Enforcement located the firearm in a backpack that was affixed to the front of NEAL's torso. Both bags of methamphetamine were located on NEAL's person.

10. NEAL was transported by Law Enforcement to the Bartholomew County Jail and remanded on state charges including: dealing in methamphetamine, intimidation on a law enforcement officer, carrying a firearm without a license, and trespassing.

11. As part of my investigation, I reviewed NEAL's criminal history. I learned that he has been previously convicted of crimes punishable by more than one (1) year imprisonment, i.e., battery in the Bartholomew County, Indiana, Circuit Court, on or about November 2005; battery resulting in serious bodily injury, in the Bartholomew County, Indiana, Circuit Court, on or about January 2001.

**EXAMINATION OF FIREARM**

12. I contacted an ATF Interstate Nexus Expert regarding the above-described

firearm. Based on the descriptions of the firearm, the expert determined that the aforementioned firearm was indeed a firearm as defined in 18 U.S.C. § 921 and that the firearm was manufactured outside of the State of Indiana.

13. All of the above-described events occurred in the Southern District of Indiana.

## CONCLUSION

14. Based on the facts set forth in this affidavit, I respectfully submit that probable cause exists to believe that on or about April 28, 2019, in the Southern District of Indiana, Dirk NEAL, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, said firearm having been sipped and transported in interstate or foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1). There is probable cause to believe that NEAL possessed with intent to distribute 50 grams or more of a mixture or substance containing methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B). And there is probable cause to believe that NEAL possessed a firearm during and in relation to a drug trafficking offense, in violation of Title 21, United States Code, Section 924(c).

_____
Christopher Wright
Bureau of Alcohol, Tobacco, Firearms, and Explosives

Subscribed and sworn to before me this 24th day of May, 2019.

_____
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana